[Nos. 28079-1-I; 31960-4-I.   Division One.   May 17, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN
WEBER, *Appellant*.

*In the Matter of the Personal Restraint of*
STEVEN WEBER, *Petitioner*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-02508-6, William L. Downing, J., entered
March 20, 1991, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by
unpublished opinion per Forrest, J., concurred in by Webster, C.J., and Kennedy, J.

[No. 28032-5-I.   Division One.   May 17, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ROY SANFORD
SHAW III, *Defendant*, TERESA LYNN NEUSBAUM,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 89-1-04407-9, Liem E. Tuai, J., entered March
14, 1991. *Reversed* by unpublished per curiam opinion.

[No. 30395-3-I.   Division One.   May 17, 1993.]

JAMES A. CLARK, *Respondent*, v. GERALD F. PETERSEN,
ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Skagit
County, No. 85-2-00584-1, George E. McIntosh, J. Pro Tem.,
entered February 24, 1992. *Affirmed* by unpublished per
curiam opinion.